32 So.2d 183

**Harvey STEELE v. STATE.**

8 Div. 566.

Court of Appeals of Alabama.
May 27, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

33 So.2d 282

**Walter STEELE v. STATE.**

6 Div. 467.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

35 So.2d 926

**Clarence D. STEPHENS v. STATE.**

6 Div. 600.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

35 So.2d 926

**Cleve STEPHENS v. STATE.**

6 Div. 531.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 906

**Frank STEWART v. STATE.**

8 Div. 553.

Court of Appeals of Alabama.
Feb. 11, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

35 So.2d 926

**Banks STINES v. STATE.**

6 Div. 599.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

Bricken, Presiding Judge.
Affirmed.